437 A.2d 1036

Commonwealth v. Wilson, Appellant.

Submitted September 11, 1980. Elaine DeMasse, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

437 A.2d 1036

Commonwealth v. Wright, Appellant.
Petition for Allowance of Appeal Denied Jan. 28, 1982.

Submitted September 11, 1980. Elaine DeMasse, Assistant Public Defender, for appellant; Nancy D. Wasser, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

HOFFMAN, J. concurred in the result.